*E-Filed: December 20, 2013*

Steven J. Andre
Attorney at Law #132633
26080 Carmel Rancho Blvd. 200B
Carmel, CA 93923
(831) 624-5786

Attorney for Plaintiff, FRAN GROLNICK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAN GROLNICK,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF EDMOND J. GENOVESE by its Executor, JOEL KNIGHT and JOEL KNIGHT, individually,<br><br>Defendants. | CASE NO. CV-05063-HRL<br><br>**REQUEST AND ORDER FOR DISMISSAL** |

TO THE HONORABLE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release of All Claims between Plaintiff FRAN GROLNICK and Defendants ESTATE OF EDMOND J. GENOVESE by its Executor, JOEL KNIGHT and JOEL KNIGHT, individually, plaintiff hereby requests that this action be dismissed with prejudice.

DATED: December 13, 2013.

STEVEN J. ANDRE
Attorney for Plaintiff FRAN GROLNICK

**ORDER**

**IT IS HEREBY ORDERED** that the Complaint and any and all claims for relief of Plaintiff FRAN GROLNICK in Case No. CV-05063-HRL, filed in the United States District Court for the Northern District of California are hereby dismissed with prejudice.

Dated: December 20, 2013

UNITED STATES ~~DISTRICT COURT JUDGE~~
MAGISTRATE JUDGE HOWARD R. LLOYD